IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WILLIAM M. LEE, as Administrator of the Estate of Kimberly Renee Tucker Lee, Deceased, and ALFA INSURANCE CORPORATION, )<br><br>Plaintiffs, )<br><br>v. )<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, et al., )<br><br>Defendants. ) | CIVIL ACTION NO.<br>3:14cv78-MHT<br>(WO) |

ORDER

The allegations of the plaintiffs' complaint are insufficient to invoke this court's diversity-of-citizenship jurisdiction.  The allegations must show that the citizenship of each plaintiff is different from that of each defendant.  28 U.S.C. § 1332.

The plaintiffs' complaint fails to meet this standard.  The plaintiff William M. Lee has sued in his capacity as personal representative for the estate of the

decedent. "[T]he legal representative of the estate of a decedent shall be deemed to be a citizen only of the same State as the decedent ...."  28 U.S.C. § 1332(c)(2). Because the complaint does not set forth the citizenship of the decedent, the complaint does not adequately establish the ground for this court to assume jurisdiction of this matter.

                              ***

It is therefore the ORDER, JUDGMENT, and DECREE of the court that the plaintiffs have until February 28, 2014, to amend the complaint to allege jurisdiction sufficiently; otherwise this lawsuit shall be dismissed without prejudice.

DONE, this the 18th day of February, 2014.

                                     /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE