IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
WILLIAM M. LEE, as              )
Administrator of the Estate     )
of Kimberly Renee Tucker        )
Lee, Deceased, and ALFA         )
INSURANCE CORPORATION,          )
                                )
    Plaintiffs,                 )
                                )     CIVIL ACTION NO.
    v.                          )       3:14cv78-MHT
                                )          (WO)
INTERNATIONAL BUSINESS          )
MACHINES CORPORATION,           )
et al.,                         )
                                )
    Defendants.                 )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss (doc. no. 52) is granted and that defendants Panasonic Corporation of North America and Sanyo North America Corporation are dismissed without prejudice and terminated as parties, with the parties to bear their own costs.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 8th day of August, 2014.**

                                /s/ Myron H. Thompson  
                            **UNITED STATES DISTRICT JUDGE**