```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


WILLIAM M. LEE, as          )
Administrator of the        )
Estate of Kimberly Renee    )
Tucker Lee, deceased, and   )
ALFA INSURANCE              )
CORPORATION,                )
                            )
     Plaintiffs,            )
                            )    CIVIL ACTION NO.
     v.                     )      3:14cv78-MHT
                            )         (WO)
INTERNATIONAL BUSINESS      )
MACHINES CORPORATION,       )
et al.,                     )
                            )
     Defendants.            )
```

### JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 77), it is the ORDER, JUDGMENT, and DECREE of the court that defendants Lenovo Group Limited and Lenovo (United States) Inc. are dismissed with prejudice and terminated as parties, with costs taxed as paid. All claims against all other defendants remain.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 28th day of May, 2015.**

          /s/ Myron H. Thompson
          **UNITED STATES DISTRICT JUDGE**